# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ONE (1) ROSSI .38 SPECIAL CALIBER REVOLVER, SERIAL NO. D683964; and, <br><br> FIVE (5) ROUNDS OF .38 CALIBER AMMUNITION, <br><br> Defendants. | 2:17-CV-0205-TOR <br><br> Final Order of Forfeiture |

Plaintiff, the United States of America, alleged in a Verified Complaint for Forfeiture *In Rem* that the Defendant property captioned above are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(11). ECF No. 1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. §§ 1355 and 1395.

The Defendant property being sought for forfeiture is described as follows:

a. One (1) Rossi .38 special caliber revolver, bearing Serial Number D683964; and,

Final Order of Forfeiture - 1

  b. Five (5) rounds of .38 caliber ammunition manufactured by Remington and Companhia Brasileira de Cartuchos.

Hereinafter "Defendant property".

On July 14, 2017, the United States Marshals Service executed the Warrant of Arrest *In Rem*. The returned warrant was filed with the Court under the above cause number on July 17, 2017. (ECF No. 5).

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning July 18, 2017, and ending August 16, 2017. ECF No. 7, 7-1 and 7-2. Based upon the internet publication start date of July 18, 2017, the last date to file a timely claim, if direct notice was not received, was September 16, 2017.

On or about July 17, 2017, the United States sent a copy of Verified Complaint for Forfeiture *In Rem* (ECF No. 1), Warrant of Arrest *In Rem* (ECF No. 5), and Notice of Complaint for Forfeiture (ECF No. 6-1) to JERRY LEE EVERETT, III, via certified mail, return receipt requested in care of Attorney James M. Parkins, who represents Mr. Everett in the related Eastern District of Washington criminal case, *United States v. Jerry Lee Everett, III, 2:16-CR-151-TOR*.

On or about August 28, 2017, the United States filed its Notice of Default (ECF No. 9), which was served via regular, first-class U.S. mail and via certified mail, return receipt requested upon JERRY LEE EVERETT, III, via certified mail, return receipt requested in care of Attorney James M. Parkins, who represents Mr. Everett in

Final Order of Forfeiture - 2

the related Eastern District of Washington criminal case, *United States v. Jerry Lee Everett, III, 2:16-CR-151-TOR*. On September 28, 2017, the United States filed its Motion for Entry of Default (ECF No. 13), which was served via regular, first-class U.S. mail, upon JERRY LEE EVERETT, III, in care of Attorney James M. Parkins. On September 29, 2017, a Clerk's Order of Default (ECF No. 17) was entered as to any potential interest Mr. Everett had in the Defendant property.

On or about July 17, 2017, the United States sent a copy of Verified Complaint for Forfeiture In Rem (ECF No. 1), Warrant of Arrest In Rem (ECF No. 5), and Notice of Complaint for Forfeiture (ECF No. 6-1), to JONATHAN D. RICHART, via certified mail, return receipt requested, to his last known address. On or about August 25, 2017, JONATHON D. RICHART's wife contacted the United States Attorney's Office. She stated that neither she nor her husband had an interest in the Defendant assets.

On or about August 28, 2017, the United States filed its Notice of Default, which was served via certified mail and regular U.S. mail upon JONATHAN D. RICHART at his last known address. ECF No. 10. On September 28, 2017, the United States filed its Motion for Entry of Default (ECF No. 10), which was served via regular, first-class U.S. mail, upon JONATHAN D. RICHART, at his last known address. On September 29, 2017, a Clerk's Order of Default (ECF No. 18) was entered as to any potential interest Mr. Richart had in the Defendant property.

Final Order of Forfeiture - 3

On or about July 17, 2017, the United States sent a copy of Verified Complaint for Forfeiture In Rem (ECF No. 1), Warrant of Arrest In Rem (ECF No. 5), and Notice of Complaint for Forfeiture (ECF No. 6-1), to TYLER A. BORDELON, via certified mail, return receipt requested, to his last known address.

On or about August 28, 2017, the United States filed its Notice of Default, which was served via certified mail and regular U.S. mail upon TYLER A. BORDELON at his last known address. ECF No. 8. On September 29, 2017, a Clerk's Order of Default (ECF No. 16) was entered as to any potential interest Mr. Bordelon had in the Defendant property.

On or about July 17, 2017, the United States sent a copy of Verified Complaint for Forfeiture In Rem (ECF No. 1), Warrant of Arrest In Rem (ECF No. 5), and Notice of Complaint for Forfeiture (ECF No. 6-1), to HAYLIE M. WICKENHAGEN, via certified mail, return receipt requested, to her last known address.

On or about August 28, 2017, the United States filed its Notice of Default, which was served via certified mail and regular U.S. mail upon HAYLIE M. WICKENHAGEN at her last known address. ECF No. 11. On September 29, 2017, a Clerk's Order of Default (ECF No. 19) was entered as to any potential interest Ms. Wickenhagen had in the Defendant property.

No claims to the Defendant property, timely or otherwise, have been received or filed with the Court, and the deadlines for filing claims have passed.

Final Order of Forfeiture - 4

It appearing to the Court that and any all potential interests in the Defendant property have been resolved;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant property described as follows is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person or entity.

   a. One (1) Rossi .38 special caliber revolver, bearing Serial Number D683964; and,

   b. Five (5) rounds of .38 caliber ammunition manufactured by Remington and Companhia Brasileira de Cartuchos.

IT IS FURTHER ORDERED that the United States shall dispose of the forfeited Defendant property described herein in accordance with law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

DATED November 21, 2017.



THOMAS O. RICE
Chief United States District Judge

Final Order of Forfeiture - 5